UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINIOS

In re:  SCOTT D. WILSON                §       Case No. 10-73066
        CARRIE L. WILSON               §
                                       §
                                       §
            Debtors                    §

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/17/2010.

2) The plan was confirmed on 11/12/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 05/03/2011.

5) The case was dismissed on 06/10/2011.

6) Number of months from filing or conversion to last payment: 10.

7) Number of months case was pending: 14.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $4,365.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

Case 10-73066    Doc 35    Filed 08/19/11    Entered 08/19/11 09:12:47    Desc Main
                    Document      Page 2 of 5

### Receipts:

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $ 1,003.64 | |
| Less amount refunded to debtor | $ 0.00 | |
| **NET RECEIPTS** | | $ 1,003.64 |

### Expenses of Administration:

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $ 935.24 | |
| Court Costs | $ 0.00 | |
| Trustee Expenses & Compensation | $ 68.40 | |
| Other | $ 0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION** | | $ 1,003.64 |
| Attorney fees paid and disclosed by debtor: | $ 301.00 | |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| NIEBUHR LAW FIRM | Lgl | 0.00 | 2,180.00 | 2,180.00 | 935.24 | 0.00 |
| AMERICAN GENERAL FINANCIAL | Uns | 1,225.00 | 2,481.13 | 2,481.13 | 0.00 | 0.00 |
| AMERENIP, CREDIT AND | Uns | 1,119.34 | 514.23 | 514.23 | 0.00 | 0.00 |
| AARON'S INC | Uns | 1,198.00 | 1,770.44 | 1,770.44 | 0.00 | 0.00 |
| AARON'S INC | Uns | 1,197.00 | 1,770.44 | 1,770.44 | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| CARDIOLOGY INSTITUTION LTD | Uns | 12.00 | NA | NA | 0.00 | 0.00 |
| COTTONWOOD FINANCIAL | Uns | 2,456.70 | 1,308.48 | 1,308.48 | 0.00 | 0.00 |
| CASHLAND/CASH AMERICA | Uns | 0.00 | 833.50 | 833.50 | 0.00 | 0.00 |
| CHECK INTO CASH | Uns | 1,047.00 | NA | NA | 0.00 | 0.00 |
| CHECK N GO | Uns | 1,000.00 | NA | NA | 0.00 | 0.00 |
| CHECKS FOR CASH | Uns | 1,097.04 | NA | NA | 0.00 | 0.00 |
| COLLECTION | Uns | 309.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Uns | 1,115.57 | NA | NA | 0.00 | 0.00 |
| COUNTRYWIDE HOME LOANS | Uns | 15,396.60 | NA | NA | 0.00 | 0.00 |
| CYBRCOLLECT INC | Uns | 53.00 | NA | NA | 0.00 | 0.00 |
| DEPARTMENT OF TREASURY | Uns | 2,991.00 | NA | NA | 0.00 | 0.00 |
| DISHNETWORK | Uns | 363.25 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| DUVERA FINANCIAL | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| DVRA BILLING | Uns | 835.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CORP | Uns | 295.00 | NA | NA | 0.00 | 0.00 |
| ER SOLUTIONS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| SPRINT.NEXTEL - DISTRIBUTIONS | Uns | 0.00 | 869.31 | 869.31 | 0.00 | 0.00 |
| HEIGHTS FIN | Uns | 2,903.00 | NA | NA | 0.00 | 0.00 |
| HEIGHTS FINANCE | Uns | 1,766.00 | 1,766.00 | 1,766.00 | 0.00 | 0.00 |
| LASALLE COUNTY STATES ATTY | Uns | 1,098.86 | NA | NA | 0.00 | 0.00 |
| LEE COUNTY STATES ATTORNEY | Uns | 485.58 | NA | NA | 0.00 | 0.00 |
| NATIONAL PEN CO | Uns | 25.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Uns | 4,316.98 | 4,603.40 | 4,603.40 | 0.00 | 0.00 |
| PENN CREDIT CORP | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| PHYSICIAN SERVICES OF MCH | Uns | 227.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| PROFESSIONAL COLLECTION | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| RUG DOCTOR LP | Uns | 448.00 | 576.00 | 576.00 | 0.00 | 0.00 |
| SECURITY FINANCE | Uns | 350.00 | 380.00 | 380.00 | 0.00 | 0.00 |
| SECURITY FIN | Uns | 350.00 | NA | NA | 0.00 | 0.00 |
| SUN LOAN | Uns | 490.00 | NA | NA | 0.00 | 0.00 |
| TRS RECOVERY SERVICE | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| UNITED AUTO CREDIT CO | Uns | 10,885.00 | NA | NA | 0.00 | 0.00 |
| VERIZON | Uns | 90.00 | NA | NA | 0.00 | 0.00 |
| VERIZON NTH | Uns | 203.48 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS | Uns | 592.13 | 3,215.48 | 3,215.48 | 0.00 | 0.00 |
| VIKING COLLECTION SERVICE INC | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| WELTMAN WEINBERG & REIS CO | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| WFC | Uns | 1,095.00 | NA | NA | 0.00 | 0.00 |
| ARRON RENTS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| RENT A CENTER INC BANKRUPTCY | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 0.00 | 3,040.30 | 3,040.30 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Uns | 0.00 | 978.45 | 978.45 | 0.00 | 0.00 |
| FRONTIER COMMUNICATIONS | Uns | 0.00 | 491.87 | 491.87 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Summary of Disbursements to Creditors:

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 3,040.30 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 3,040.30 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 21,558.73 | $ 0.00 | $ 0.00 |

Disbursements:

| | |
|---|---|
| Expenses of Administration | $ 1,003.64 |
| Disbursements to Creditors | $ 0.00 |
| **TOTAL DISBURSEMENTS:** | $ 1,003.64 |

UST Form 101-13-FR-S (9/1/2009)

      12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 08/17/2011      By: /s/ Lydia S. Meyer
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)